IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00968-PAB

FRILLY JILLY LLC,

    Plaintiff,

v.

COCONUT GROVE INTIMATES INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    Plaintiff seeks leave to file a second amended complaint to replace defendant Spiegel Brands, Inc. with Signature Styles, LLC, which plaintiff represents is Spiegel Brands, Inc.'s corporate successor. The Court grants plaintiff's motion to file a second amended complaint [Docket No. 9].

    Dated November 18, 2009.